IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| QUALITY INFUSION CARE, INC., | § | Bankruptcy Case No. 10-36675 |
| | § | |
| Debtor. | § | |
| | | |
| RANDY W. WILLIAMS | § | |
| CHAPTER 7 TRUSTEE , | § | |
| | § | |
| Plaintiff, | § | Civil  Case No. H-13-0408 |
| | § | |
| vs. | § | Adversary No. 12-3332 |
| | § | |
| JAMES INCALCATERRA, M.D., | § | |
| SPACE CENTER MRI, & DIAGNOSTICS, | § | |
| LLC and QIC-SPACE PARK, L.P., | § | |
| | § | |
| Defendants. | § | |

**ORDER  WITHDRAWING THE REFERENCE
OF ADVERSARY CASE NO. 12-3332**

The motion for withdrawal of the reference filed by James Incalcaterra, M.D., Space Center MRI & Diagnostics, LLC and QIC-Space Park, L.P.  is granted. The reference is withdrawn. The claims in Adversary Case No. 12-3332 will be resolved in the United States District Court for the Southern District of Texas.

SIGNED on March 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge